UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>AARON ALAN JAMES,<br><br>                  Defendant. | NO:  2:21-CR-0156-TOR<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE |

Before the Court is the government's Motion to Dismiss Indictment With Prejudice (ECF No. 5).  The Court has reviewed the motion and the file therein and is fully informed.  The Government seeks to dismiss the indictment in this matter pursuant to Fed. R. Crim. P. 48(a) because Defendant died on November 2, 2021.

**Accordingly, IT IS HEREBY ORDERED**:

1.  The government's Motion to Dismiss Indictment With Prejudice (ECF No. 5) is **GRANTED**.

2.   The outstanding arrest warrant is **QUASHED**.

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 1

1    The District Court Executive is hereby directed to enter this Order and

2    provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's

3    Service, and **CLOSE** the file.

4    DATED November 22, 2021.

5

6        THOMAS O. RICE
                             United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 2